# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0440

VERSUS

RICKY DUNN

**JULY 5, 2023**

---

In Re:     Ricky Dunn, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 13-
           CR6-122601.

---

**BEFORE:    LANIER, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

                              **WIL**
                              **CHH**
                              **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT